UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUAN ELIAS MALDONADO-LUX,

Petitioner(s),

v.

JULIO HERNANDEZ, et al.,

Respondent(s).

CASE NO. 2:26-cv-02270-KKE

PROVISIONAL TEMPORARY
RESTRAINING ORDER

Petitioner is a citizen of Guatemala who is presently detained at the Northwest ICE Processing Center ("NWIPC") and he filed a petition for writ of habeas corpus challenging his detention.  Dkt. No. 1.

On June 29, 2026, the Government notified Petitioner of its intent to imminently remove him from the United States to Mexico.  Dkt. No. 1-5 at 2.  Petitioner then filed a motion for a temporary restraining order ("TRO") requesting that the Court enjoin the Government from removing him before his habeas petition is adjudicated.  Dkt. No. 2.

The Court may grant a TRO to preserve the Court's jurisdiction and to maintain the status quo. *See A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [] jurisdiction over the matter.").  The Court finds that Petitioner has shown that imminent, irreparable harm is likely to occur before the Government can be heard in opposition to this motion, and he has presented at

PROVISIONAL TEMPORARY RESTRAINING ORDER - 1

least serious questions on the merits of his habeas petition as well.  *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).  Accordingly, the Court ORDERS as follows:

(1) Petitioner's motion for a TRO (Dkt. No. 2) is provisionally GRANTED IN PART pending the Government's response to the motion.  The motion is granted solely for the purpose of maintaining the status quo so that the Court may review the merits of the motion after full briefing.

(2) The Government is PROHIBITED from removing Petitioner from the United States or this jurisdiction—i.e., the Western District of Washington—without further order of this Court.

(3) The Government shall comply with the requirements of Local Rule W.D. Wash. LCR 65 in responding to Petitioner's TRO motion.

Dated this 30th day of June, 2026.

_____
Kymberly K. Evanson
United States District Judge

PROVISIONAL TEMPORARY RESTRAINING ORDER - 2